STATE OF NEW JERSEY v. LUIS CRUZ RODRIGUEZ.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MARKO BEY.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ANDRE MCNEIL.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH POTTS.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT TISSOT.

April 26, 1988.

Petition for certification denied.